# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. SMITH, et al.,<br><br>　　　　　Defendants. | Case No. 1:09-cv-00828-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 24) |

　　　　Plaintiff Raul Hernandez is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　Currently before the Court is Plaintiff's third amended complaint, filed November 26, 2012.  (ECF No. 22.)  On April 22, 2013, the Magistrate Judge issued a findings and recommendations recommending dismissing certain claims and defendants.  (ECF No. 24.)  Plaintiff did not file any objections to the findings and recommendations.  Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, it is HEREBY ORDDERED that:

1. This action shall proceed on Plaintiff's third amended complaint, filed November 26, 2012, against Defendants R. D. Smith and Kirk for deliberate indifference to Plaintiff's dental needs;

2. Plaintiff's Eighth Amendment claim against Defendant Kirk for failure to treat his tooth is dismissed, with prejudice, for failure to state a claim;

3. Plaintiff's Eight Amendment claims against Defendants T. Smith and Moody is dismissed, with prejudice, for failure to state a claim;

4. Defendants T. Smith and Moody are dismissed from this action; and

5. This matter is referred back to the Magistrate Judge to initiate service of process proceedings.

IT IS SO ORDERED.

Dated:   June 19, 2013                                        _____
                                                              SENIOR  DISTRICT  JUDGE