UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL HERNANDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>R.D. SMITH, et al.,<br><br>  Defendants. | Case No.: 1:09-cv-00828-AWI-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER DEADLINES SET FORTH IN COURT'S NOVEMBER 7, 2014 ORDER TO DEFENDANT R.D. SMITH<br><br>[ECF Nos. 30, 34, 35] |

Plaintiff Raul Hernandez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants R. D. Smith and L. Kirk for deliberate indifference to Plaintiff's dental needs.

On May 13, 2013, Defendant L. Kirk filed an answer to the third amended complaint.  On November 7, 2013, the Court issued a discovery and scheduling order.  (ECF No. 30.)

On April 11, 2014, Defendant R.D. Smith filed an answer to the first amended complaint.  (ECF No. 35.)

///

///

///

///

1

In light of the fact that the discovery and scheduling order was issued prior to the filing of Defendant Smith's answer, Defendant R.D. Smith is advised that the discovery and scheduling order issued November 7, 2013, is extended and made applicable to him as well as Defendant L. Kirk.

IT IS SO ORDERED.

Dated:   **April 15, 2014**

UNITED STATES MAGISTRATE JUDGE