UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R.D. SMITH, et al.,<br><br>　　　　　Defendants. | Case No.: 1:09-cv-00828-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENSE COUNSEL TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR CIVIL CASE AND SETTLEMENT CONFERENCE WITHIN TEN DAYS<br><br>[ECF No. 45] |

　　　Plaintiff Raul Hernandez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On September 18, 2014, Plaintiff filed a motion for a civil case and settlement conference pursuant to Local Rule 270.

　　　The Federal Rules of Civil Procedure authorize settlement discussions at any pretrial conference. Fed. R. Civ. P. 16(c)(I). While federal courts have the authority to require the parties to engage in settlement conferences, they have no authority to coerce settlements. Goss Graphic Systems, Inc. v. DEV Industries, Inc., 267 F.3d 624, 627 (7th Cir. 2001).

　　　This action is proceeding on Plaintiff's third amended complaint against Defendants R.D. Smith and Kirk for deliberate indifference to Plaintiff's dental needs in violation of the Eighth Amendment.

///

1

1   Defendant Kirk filed an answer to the complaint on November 5, 2013, and Defendant Smith
2 filed an answer to the complaint on April 11, 2014.

3   On November 17, 2013, the Court issued a discovery and scheduling order setting a dispositive
4 motion deadline of September 18, 2014.  The scheduling order was extended to Defendant on April
5 15, 2014.

6   On September 9, 2014, the Court granted Plaintiff's motion to extend the discovery and
7 scheduling order as to Defendant Smith only, and set new discovery and dispositive motion deadlines.
8 Discovery was extended to December 10, 2014, as to Defendant Smith only and the dispositive motion
9 deadline was extended to December 18, 2014, as to both Defendants.

10   The Court finds a response by defense counsel will be helpful in resolving Plaintiff's instant
11 motion for a settlement conference.  Accordingly, within **ten (10)** days from the date of service of this
12 order, defense counsel shall file a response to Plaintiff's motion indicating whether or not a settlement
13 conference would be beneficial in this case.

15 IT IS SO ORDERED.

16 Dated:   **September 22, 2014**

        UNITED STATES MAGISTRATE JUDGE

2