UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R.D. SMITH, et al.,<br><br>　　　　　Defendants. | Case No.: 1:09-cv-00828-AWI-SAB (PC)<br><br>ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S MOTION FOR CASE CONFERENCE AND SETTLEMENT<br><br>[ECF Nos. 45, 47] |

Plaintiff Raul Hernandez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 18, 2014, Plaintiff filed a motion for a conference and settlement. In response to this Court's order, Defendants filed a response on September 26, 2014. Defendants submit that a settlement conference would not be helpful at this time as they intend to bring a motion for summary judgment. Furthermore, Defendants contend the terms of the proposed settlement relating to dental implants are not feasible. Defendants will never agree to provide Plaintiff a dental implant because such treatment is specifically excluded under California Code of Regulations, title 15, section 3350.1(c)(5).

///

///

///

1

1    Based on Defendants' representation that a settlement conference would not be beneficial at
2 the present time, Plaintiff's motion for a settlement conferred is DENIED, without prejudice.

4 IT IS SO ORDERED.

5 Dated:   **September 29, 2014**
6                                          UNITED STATES MAGISTRATE JUDGE